# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00029-JAD-EJY |
| Plaintiff, | |
| v. | **Order Unsealing Case** |
| ALONSO FONTES-VERDUGO,<br>   aka "Alonso Fontes-Verduso,"<br>   aka "Omar Fontes-Verdugo,"<br>   aka "Carlos Gomez Rodriguez,"<br>   aka "Gustavo Venduro-Duarte,"<br>   aka "Gabriel A. Gutierrez,"<br>   aka "Gabriel Valenzuela,"<br>   aka "Ivan Nieblo,"<br>   aka "Ivan Niebles,"<br>   aka "Ivan Nieblas,"<br>   aka "Ivan G. Nieblas,"<br>   aka "Carlos Lopez,"<br>                  Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Alonso Fontes-Verdugo,* is unsealed.

**DATED** this 10th day of March, 2022.

By the Court:

_____
Honorable Jennifer A. Dorsey
United States District Judge