# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALONSO FONTES-VERDUGO,<br><br>　　　　　Defendant. | Case No.  2:22-cr-00029-JAD-EJY-1<br><br>**ORDER**<br><br>ECF No. 20 |

　　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the Hearing for Waiver of Indictment, Filing of an Information, Initial Appearance, Arraignment and Plea, and Sentencing currently scheduled for Monday, April 4, 2022 at 11:00 a.m., be vacated and continued to May 9, 2022, at 2:00 p.m. and will be conducted in person.

　　　DATED this 29th day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3