# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALONSO FONTES-VERDUGO,<br>　aka "Alonso Fontes-Verduso,"<br>　aka "Omar Fontes-Verdugo,"<br>　aka "Carlos Gomez Rodriguez,"<br>　aka "Gustavo Venduro-Duarte,"<br>　aka "Gabriel A. Gutierrez,"<br>　aka "Gabriel Valenzuela,"<br>　aka "Ivan Nieblo,"<br>　aka "Ivan Niebles,"<br>　aka "Ivan Nieblas,"<br>　aka "Ivan G. Nieblas,"<br>　aka "Carlos Lopez,"<br><br>　　　　Defendant. | Case No. 2:22-cr-00029-JAD-EJY<br><br>**Order of Dismissal of the Complaint Without Prejudice**<br><br>ECF No. 23 |

　　Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Complaint against Defendant Alonso Fontes-Verdugo.

　　　　　　　　　　　　　　　　　JASON M. FRIERSON
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　*s/ Jared L. Grimmer*
　　　　　　　　　　　　　　　　　JARED L. GRIMMER
　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this 20th day of May, 2022.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE